1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  | ANTHONY M. MORGAN, ) 1:16-cv-00149-BAM (PC)

10 |         Plaintiff, ) ORDER DENYING PLAINTIFF'S MOTION ) TO STAY

11 |    v. )

12 | MARTHA MAYS, ) (ECF No. 24)

13 |         Defendant. )

14

15      Plaintiff Anthony M. Morgan ("Plaintiff") is a state prisoner proceeding pro se and in

16 forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case currently

17 proceeds on Plaintiff's claim against Defendant Mays for delay of medical treatment in violation

18 of the Eighth Amendment.

19      Currently, before the Court is Plaintiff's motion to stay this action, filed January 20,

20 2017. (ECF No. 24.) Plaintiff requesting that the Court put this matter on hiatus, stating he is not

21 ready for the interrogatories he has been served with, that he will soon be on parole, and that he

22 needs some time to find an attorney. Defendant Mays has not responded to the motion within the

23 time permitted for a response. Local Rule 230(l).

24      "A party or any person from whom discovery is sought may move for a protective order. .

25 . [and] [t]he court may, for good cause, issue an order to protect a party or person from

26 annoyance, embarrassment, oppression, or undue burden or expense. . . ." Fed. R. Civ. P. 26(c).

27 The Court enjoys "wide discretion in controlling discovery." Little v. City of Seattle, 863 F.2d

28 681, 685 (9th Cir. 1989).

1    Plaintiff has not presented good cause for a protective order limiting or staying discovery

2  at this time. Neither Plaintiff's parole status nor his attempts to gain representation by counsel

3  absolve him from meeting his obligations in this action, including that he must properly respond

4  to discovery requests. Plaintiff is not precluded from seeking an appropriate and reasonable

5  extension of time for meeting the deadlines in the discovery and scheduling order issued, upon a

6  showing of good cause.

7    Accordingly, it is HEREBY ORDERED that Plaintiff's motion to stay, filed on January

8  20, 2017 (ECF No. 24) is DENIED.

9

10  IT IS SO ORDERED.

11    Dated:    **February 14, 2017**                    /s/ *Barbara A. McAuliffe*          _

12                                                 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28