# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. MORGAN, ) | 1:16-cv-00149-BAM (PC) |
| Plaintiff, ) | ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL |
| v. ) | |
| MARTHA MAYS, ) | (ECF No. 26) |
| Defendant. ) | **THIRTY (30) DAY DEADLINE** |

Plaintiff Anthony M. Morgan ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case currently proceeds on Plaintiff's claim against Defendant Mays for delay of medical treatment in violation of the Eighth Amendment.

On February 22, 2017, Defendant filed a motion to compel Plaintiff to respond to Special Interrogatories, Set One, and Request for Production of Documents, Set One, served on January 4, 2017. (ECF No. 26.) The time for Plaintiff to file a response to the motions has expired, and Plaintiff has not responded. Local Rule 230(l).

Accordingly, Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motion to compel (ECF No. 26) within thirty (30) days. Any request for an extension of time to comply with this order will require a showing of good cause.

///

**Plaintiff is warned that the failure to comply with this order may be deemed a waiver of any opposition to the granting of the motion, and may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: __March 27, 2017__                    /s/ *Barbara A. McAuliffe*              _
                                                                UNITED STATES MAGISTRATE JUDGE