# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. MORGAN,<br><br>        Plaintiff,<br><br>  v.<br><br>MARTHA MAYS,<br><br>        Defendant. | 1:16-cv-00149-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS, INCLUDING DISMISSAL OF ACTION<br><br>(ECF No. 28)<br><br>**FOURTEEN (14) DAY DEADLINE** |

      Plaintiff Anthony M. Morgan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case currently proceeds on Plaintiff's claim against Defendant Mays for delay of medical treatment in violation of the Eighth Amendment.

      On February 22, 2017, Defendant Mays filed a motion to compel certain discovery responses. (ECF No. 26.) The time for Plaintiff to file any opposition to that motion expired, and Plaintiff did not respond. Local Rule 230(l). Accordingly, on March 27, 2017, the Court ordered Plaintiff to file an opposition or statement of non-opposition to Defendant's motion to compel within thirty days. (ECF No. 27.) No response was filed.

      On May 15, 2017, Defendant Mays filed a motion for sanctions, including dismissal of this action with prejudice. (ECF No. 28.) Defendant's motion is made on the grounds that Plaintiff has still not responded to discovery, or complied with the Court's March 27, 2017 order

requiring a response to Defendant's motion to compel. The time for Plaintiff to file any opposition to that motion has expired, and Plaintiff has not responded. Local Rule 230(l).

Accordingly, Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motions for sanctions, (ECF No. 28), within **fourteen (14) days**. Any request for an extension of time to comply with this order will require a showing of good cause.

**Plaintiff is warned that the failure to comply with this order may result in the imposition of sanctions, up to and including the dismissal of this action.**

IT IS SO ORDERED.

Dated: **June 15, 2017**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE